# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LATRICE WALKER, ET AL. | CIVIL ACTION NO. 25-0258 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JULIAN WHITTINGTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM RULING

Before the Court are two Motions to Clarify by Defendants Jennifer Grimm ("Grimm"), Molli Lyles ("Lyles"), and Jennifer Johnson ("Johnson") (collectively, the "Nurse Defendants"). See Record Documents 69 & 73. The Motions request clarification of the Court's prior Memorandum Ruling (Record Document 56), which inadvertently stated that the state law medical malpractice claims against the Nurse Defendants were stayed pending completion of the Medical Review Panel process. Having reviewed the record and applicable law, the Court finds that those claims were previously dismissed without prejudice, not stayed. Because all claims against the Nurse Defendants have been dismissed, they are not required to participate in pretrial matters. The Motions are therefore **GRANTED**.

## BACKGROUND

This case arises from the death of pretrial detainee Jerry McCoy ("McCoy"), who allegedly suffered fatal alcohol withdrawal symptoms while incarcerated at the Bossier Parish Maximum Security Facility. See Record Document 1 at 6–12. McCoy's minor children brought claims under 42 U.S.C. § 1983 for deliberate indifference to serious medical needs and supplemental state-law negligence and medical-malpractice claims. See Record Document 1.

Plaintiffs sued the Nurse Defendants in both their individual and official capacities for (1) inadequate medical care under § 1983, (2) medical malpractice under Louisiana law, and (3) punitive damages under § 1983. See id.

On June 4, 2025, the parties filed a Joint Motion to Dismiss the official capacity claims and the state law medical malpractice claims (Record Document 29). The Court subsequently entered an Order (Record Document 32) dismissing the state law claims without prejudice.

The Nurse Defendants later filed Motions for Judgment on the Pleadings addressing the remaining § 1983 and punitive damages claims. See Record Documents 33, 34, & 35. In a Memorandum Ruling on the Motions for Judgment on the Pleadings (Record Document 56), the Court granted those motions, dismissing the § 1983 and punitive damages claims with prejudice. However, the Court mistakenly stated that the state law medical malpractice claims were stayed, even though they had already been dismissed without prejudice under the prior order.

## LAW AND ANALYSIS

Under Louisiana's Medical Malpractice Act, a claim against a qualified health-care provider must be presented to a Medical Review Panel before suit is filed in any court. See Hutchinson v. Patel, 637 So. 2d 415, 419 (La. 1994). Here, the parties consented to dismissal of the state law medical malpractice claims without prejudice (Record Document 29) because the Medical Review Panel has not issued an opinion on those claims.

The reference in the Court's Memorandum Ruling (Record Document 56) to a "stay" of those claims was inadvertent and inconsistent with the earlier dismissal order.

The § 1983 and punitive damages claims have been dismissed with prejudice, and the state law claims are dismissed without prejudice. Thus, no claims remain against the Nurse Defendants, and they are no longer required to participate in pretrial matters. The Motions to Clarify are **GRANTED**, and Grimm, Lyles, and Johnson are **DISMISSED**.

## CONCLUSION

For the reasons set forth above,

**IT IS ORDERED** that the Motions to Clarify (Record Documents 69 and 73) are **GRANTED**.

The Court's August 25, 2025 Memorandum Ruling (Record Document 56) is clarified to reflect that the state law medical malpractice claims against Defendants Grimm, Johnson, and Lyles were dismissed without prejudice pursuant to the Court's June 5, 2025 Order (Record Document 32).

Because all claims against these defendants have been resolved, they are **DISMISSED** from this action.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 29th day of October, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE